UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE: | CASE NO: 07-31491
JANICE BRADFORD | (Chapter 13)
Debtor | JUDGE GUY R. HUMPHREY

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4105134**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 14/ 30 | VERIZON NORTH INC<br>AFNI VERIZON<br>404 BROCK DRIVE<br>BLOOMINGTON, IL  61701 | 137.77 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 10/13/2011

|  |  |  |
|---|---|---|
| | Certificate of Service | 07-31491 |

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| JANICE BRADFORD | SCOTT A KRAMER | (40.1n) |
| 4999 SCOTHILLS DRIVE | 2275 MIAMISBURG-CENTERVILLE RD | HOLLY N WOLF |
| ENGLEWOOD, OH  45322 | SUITE 400 | MANLEY DEAS KOCHALSKI LLC |
| | DAYTON, OH  45459 | BOX 165028 |
| | | COLUMBUS, OH  43216 |
| (37.1n) | (38.1n) | (30.1) |
| OHIO DEPT OF TAXATION | RONALD C TAYLOR JR | VERIZON NORTH INC |
| % RAYMOND PIKNA JR. | BOX 5480 | AFNI VERIZON |
| 600 VINE ST  STE 2500 | CINCINNATI, OH  45201 | 404 BROCK DRIVE |
| CINCINNATI, OH  45202 | | BLOOMINGTON, IL  61701 |

Jeffrey M. Kellner BY     ___/s/ Jeffrey M. Kellner_____     sv